

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00242-CV

**AMIR ZAKIRALI, INDIVIDUALLY
AND D/B/A LIMETREE RESTAURANT,**

                                                            **Appellants**

 **v.**

**SYSCO CORPORATION,**

                                                            **Appellee**

From the County Court at Law No. 3
McLennan County, Texas
Trial Court No. 20230273CV3

## MEMORANDUM  OPINION

Appellants, Amir Zakirali, individually and d/b/a Limetree Restaurant, attempt to appeal from a default judgment rendered in favor of Appellee Sysco Corporation in Appellee's suit for breach of contract.  We conclude we lack jurisdiction and dismiss the appeal.

The default judgment was signed on July 11, 2023. Appellants filed a pro se notice of appeal in the trial court on August 11, 2023. Because it appeared the notice of appeal was untimely, the Clerk of this Court notified Appellants that this cause was subject to dismissal for want of jurisdiction. *See* TEX. R. APP. P. 44.3. The Clerk warned that the appeal would be dismissed unless, within twenty-one days, Appellants filed a response showing a reasonable explanation for the late filing of the notice of appeal. Additionally, the Clerk notified Appellants that the failure to respond to the Clerk's notice is an independent basis upon which the appeal can be dismissed, and, if no response addressing this issue is received within twenty-one days, this case will be dismissed without further notice. *See* TEX. R. APP. P. 42.3(c).

The notice of appeal was required to be filed within thirty days from the date the judgment was signed. *Id*. R. 26.1. A motion for extension of time is implied when an appellant acting in good faith files a notice of appeal within the next fifteen days after the notice of appeal is due. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). However, the appellant must provide a reasonable explanation for the late filing of the notice of appeal. TEX. R. APP. P. 10.5(b)(2). More than twenty-one days have passed, and Appellants have not responded to the Clerk's notice. The time for filing a notice of appeal is jurisdictional in this Court, and absent a timely filed notice of appeal or a timely filed motion for extension, we must dismiss the appeal. TEX. R. APP. P. 25.1(b); 26.1; 26.3.

Accordingly, we dismiss this appeal for want of jurisdiction. *Id*. R. 42.3.

STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Dismissed
Opinion delivered and filed November 16, 2023
[CV06]

